| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 19-21097 / CMG**

Debra A Hawkins

Petition Filed Date: 06/03/2019
341 Hearing Date: 07/11/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/30/2019 | $100.00 | 60503780 | 08/19/2019 | $400.00 | 61061390 | 08/22/2019 | $300.00 | 61117910 |
| 09/09/2019 | $400.00 | 61563310 | 10/07/2019 | $400.00 | 62342610 | 11/12/2019 | $400.00 | 63244360 |
| 12/09/2019 | $400.00 | 63924660 | | | | | | |

**Total Receipts for the Period:  $2,400.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Debra A Hawkins | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | YAKOV RUDIKH | Attorney Fees | $4,050.00 | $0.00 | $4,050.00 |
| | | No Disbursements: No Check | | | |
| 1 | FINANCIAL RESOURCES FCU | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| | »» P/36 JOHNSON ST/2ND MTG | | | | |
| 2 | NJ DIVISION OF TAXATION | Priority Crediors | $1,740.92 | $0.00 | $0.00 |
| | »» TGI-EE - EST TAXES 2016 | Hold Funds: Estimated | | | |
| 3 | THE BANK OF NEW YORK MELLON | Mortgage Arrears | $31,183.86 | $0.00 | $0.00 |
| | »» P/36 JOHNSON ST/1ST MTG/ORDER 11/13/19 | | | | |

**Chapter 13 Case No. 19-21097 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,200.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $180.00 | Arrearages: | $0.00 |
| Funds on Hand: | $3,020.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**