| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
### Chapter 13 Case No. 19-21097 / CMG

Debra A Hawkins

Petition Filed Date: 06/03/2019
341 Hearing Date: 07/11/2019
Confirmation Date: 02/19/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $400.00 | 64725270 | 02/10/2020 | $400.00 | 65513690 | 03/16/2020 | $692.00 | 66393320 |
| 07/29/2020 | $692.00 | 69725760 | 08/28/2020 | $692.00 | 70436030 | 09/29/2020 | $692.00 | 71175810 |
| 10/13/2020 | $1,000.00 | 71559010 | 10/28/2020 | $1,000.00 | 71888800 | 12/22/2020 | $692.00 | 73248000 |
| 02/23/2021 | $692.00 | 74687190 | | | | | | |

**Total Receipts for the Period:  $6,952.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $9,352.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Debra A Hawkins | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | YAKOV RUDIKH<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,050.00 | $4,050.00 | $0.00 |
| 1 | FINANCIAL RESOURCES FCU<br>»»  P/36 JOHNSON ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2016 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 3 | The Bank of New York Mellon<br>»»  P/36 JOHNSON ST/1ST MTG/ORDER 11/13/19 | Mortgage Arrears | $31,183.86 | $4,008.37 | $27,175.49 |

**Chapter 13 Case No. 19-21097 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,352.00 | Plan Balance: | $29,832.00 ** |
| Paid to Claims: | $8,058.37 | Current Monthly Payment: | $692.00 |
| Paid to Trustee: | $643.84 | Arrearages: | $2,152.00 |
| Funds on Hand: | $649.79 | Total Plan Base: | $39,184.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**