| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-21097 / CMG**

Debra A Hawkins

Petition Filed Date: 06/03/2019
341 Hearing Date: 07/11/2019
Confirmation Date: 02/19/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/23/2021 | $692.00 | 74687190 | 03/22/2021 | $692.00 | 75394290 | 05/03/2021 | $692.00 | 76428140 |
| 06/08/2021 | $692.00 | 77289450 | 07/06/2021 | $2,000.00 | 77889920 | 08/02/2021 | $723.00 | 78492240 |
| 08/31/2021 | $723.00 | 79145990 | 10/04/2021 | $723.00 | 79928500 | 11/02/2021 | $723.00 | 80552100 |
| 12/06/2021 | $723.00 | 81263900 | 01/04/2022 | $723.00 | 81874340 | 02/03/2022 | $723.00 | 82549830 |

**Total Receipts for the Period:  $9,829.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $18,489.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Debra A Hawkins | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | YAKOV RUDIKH<br>»» ATTY DISCLOSURE | Attorney Fees | $4,050.00 | $4,050.00 | $0.00 |
| 1 | FINANCIAL RESOURCES FCU<br>»» P/36 JOHNSON ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2016 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 3 | The Bank of New York Mellon<br>»» P/36 JOHNSON ST/1ST MTG/ORDER 11/13/19 | Mortgage Arrears | $31,183.86 | $11,740.54 | $19,443.32 |

**Chapter 13 Case No. 19-21097 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,489.00 | Plan Balance: | $20,695.00 ** |
| Paid to Claims: | $15,790.54 | Current Monthly Payment: | $723.00 |
| Paid to Trustee: | $1,373.92 | Arrearages: | $0.00 |
| Funds on Hand: | $1,324.54 | Total Plan Base: | $39,184.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.