| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>HILL WALLACK LLP<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: eholdren@hillwallack.com<br>Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing, servicer for The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-65CB, Mortgage Pass-Through Certificates, Series 2005-65CB | **Order Filed on April 20, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Debra A. Hawkins,<br>    Debtor(s). | Case No.: 19-21097<br><br>Chapter: 13<br><br>Hearing Date: April 20, 2022 at 9:00 a.m.<br><br>Judge: Christine M. Gravelle, U.S.B.J. |

Recommended Local Form        ☐ Followed        ☒ Modified

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 20, 2022**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Upon the Motion of The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-65CB, Mortgage Pass-Through Certificates, Series 2005-65CB, on behalf of itself and its successors and/or assigns(hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay and 1301(c) for relief from the co-debtor stay with respect to Lance Hawkins (the "Co-Debtor") as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay and the co-debtor stay are vacated to permit the Movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

36 Johnson St, South Bound Brook, NJ 08880-1406,

also known as Block 74, Lot 2.03 as shown on the Tax Map of the Borough of South Bound Brook, Somerset County, New Jersey.

**It is further ORDERED** that the Movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

**It is further ORDERED** that the Movant may join the Debtor, the Co-Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

**It is further ORDERED** that all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors and Co-Debtor.

The movant shall serve this Order on the Debtor, Co-Debtor, any trustee and any other party who entered an appearance on the motion.