<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

HILL WALLACK LLP
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: eholdren@hillwallack.com
Attorneys for NewRez LLC d/b/a Shellpoint
Mortgage Servicing, servicer for The Bank of New
York Mellon fka the Bank of New York, as
Trustee for the Certificateholders of CWALT, Inc.,
Alternative Loan Trust 2005-65CB, Mortgage
Pass-Through Certificates, Series 2005-65CB

</td><td>

**Order Filed on April 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

</td></tr>
<tr><td>

In Re:

Debra A. Hawkins,
    Debtor(s).

</td><td>

Case No.: 19-21097

Chapter: 13

Hearing Date:April 20, 2022   at 9:00 a.m.

Judge: Christine M. Gravelle, U.S.B.J.

</td></tr>
</table>

| | | |
|---|---|---|
| Recommended Local Form | ☐ Followed | ☒ Modified |

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 20, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the Motion of The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-65CB, Mortgage Pass-Through Certificates, Series 2005-65CB, on behalf of itself and its successors and/or assigns(hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay and 1301(c) for relief from the co-debtor stay with respect to Lance Hawkins (the "Co-Debtor") as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay and the co-debtor stay are vacated to permit the Movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

36 Johnson St, South Bound Brook, NJ 08880-1406,

also known as Block 74, Lot 2.03 as shown on the Tax Map of the Borough of South Bound Brook, Somerset County, New Jersey.

**It is further ORDERED** that the Movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

**It is further ORDERED** that the Movant may join the Debtor, the Co-Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

**It is further ORDERED** that all communications sent by Movant in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors and Co-Debtor.

The movant shall serve this Order on the Debtor, Co-Debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-21097-CMG

Debra A Hawkins                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

**Recip ID              Recipient Name and Address**
db                    + Debra A Hawkins, 36 Johnson St, South Bound Brook, NJ 08880-1406

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-65CB, Mortgage Pass-Through Certificates, Series 2005-65CB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-65CB, Mortgage Pass-Through Certificates, Series 2005-65CB eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                                    User: admin                                              Page 2 of 2
Date Rcvd: Apr 20, 2022                                Form ID: pdf903                                    Total Noticed: 1

William M.E. Powers
                        on behalf of Creditor The Bank of New York Mellon fka The Bank of New York  as Trustee for the Certificateholders of
                        CWALT, Inc., Alternative Loan Trust 2005-65CB, Mortgage Pass-Through Certificates, Series 2005-65CB ecf@powerskirn.com

Yakov Rudikh
                        on behalf of Debtor Debra A Hawkins rudikhlawgroup@gmail.com
                        rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com


TOTAL: 7