Order Filed on May 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>RUDIKH & ASSOCIATES, LLC<br>By: Yan Rudikh, Esq.<br>14 Woodward Drive<br>Old Bridge, New Jersey 08857<br>(732) 659-6961<br>Attorney for Debtor<br><br>**In Re:**<br><br>Debra A Hawkins | Case No.:   19-21097-CMG<br><br>Adv. No.:<br><br>Hearing Date:   MAY 18, 2022 @ 9:00 AM<br><br>Judge:   Hon Michael B. Kaplan |

# ORDER DISMISSING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED.**

**DATED: May 18, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
**DEBTOR:**    Debra A Hawkins

**CASE NUMBER**: 19-21097-CMG

### ORDER DISMISSING CHAPTER 13 CASE

**THIS MATTER** having been brought before the Court upon the motion of Debra A Hawkins (the "Debtor"), by and through his special counsel, Yakov Rudikh, Esq., seeking the entry of an Order pursuant to 11 U.S.C. § 1307(b) dismissing the above-captioned chapter 13 bankruptcy case; and due notice having provided; and the Court having considered the papers submitted and the arguments presented; and for good cause shown, it is herby

**ORDERED** that the above-captioned chapter 13 bankruptcy case and all proceedings there under be and hereby are dismissed without prejudice;

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21097-CMG |
| Debra A Hawkins | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 18, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Debra A Hawkins, 36 Johnson St, South Bound Brook, NJ 08880-1406 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 20, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-65CB, Mortgage Pass-Through Certificates, Series 2005-65CB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-65CB, Mortgage Pass-Through Certificates, Series 2005-65CB eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: pdf903 | Total Noticed: 1 |

William M.E. Powers
    on behalf of Creditor The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-65CB, Mortgage Pass-Through Certificates, Series 2005-65CB ecf@powerskirn.com

Yakov Rudikh
    on behalf of Debtor Debra A Hawkins rudikhlawgroup@gmail.com
    rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 7